```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SIAN STAFFORD,

Defendant.

1:24-cr-00069

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing scheduled for April 16, 2024 at 10:30 AM is ADJOURNED to May 16, 2024 at 2:30 PM. Any request for adjournment shall be made by letter filed to ECF no later than 72 hours in advance.

**SO ORDERED.**

**Date: April 18, 2024**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**