```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SIAN STAFFORD,

Defendant.

1:24-cr-00069

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing scheduled for May 16, 2024 at 2:30 PM is rescheduled to May 16, 2024 at 1:30 PM.

**SO ORDERED.**

**Date:  May 6, 2024**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**