USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SIAN STAFFORD,

Defendant.

1:24-cr-00069

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In advance of the evidentiary hearing scheduled for April 9, 2026, IT IS HEREBY ORDERED that, by April 3, 2026, the Parties shall submit a joint letter detailing the evidence each Party plans to present at the hearing including the identity of each witness, any exhibits, and any objections to those witnesses or exhibits.

**SO ORDERED.**

**Date:   April 2, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**