**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/12/26___

-------------------------------------------------
UNITED STATES

vs.

Sian Stafford

____24__ Cr. ___69___( MKV )

Order

**To: U.S. Marshals Office**

**It is hereby ordered :**

That the Defendant,  Sian Stafford  , Reg #  77208-054

having been sentenced in the above case to a term of  Time Served; The U.S. Marshals are to

release the defendant unless any  pending warrants, detainers or other issues  are encountered.

United States District Judge

5/11/2026
Date