USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

Law Offices of
Raymond Elvis Gazer
172 East 161st Street
Bronx, New York 10451
(917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

October 27th, 2026

***Via Electronic Case Filing***
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Sian Stafford***
**24-Cr.-00069(MKV)**

Your Honor,

I write to respectfully request an adjournment of the Violation of Supervised Release conference in this matter, currently scheduled for this Thursday, October 29th. I am engaged in a lengthy trial in State Supreme Court in Bronx County. However, that trial does not convene on Fridays, so, if amenable to the Court, I would ask that this matter be adjourned to any available Friday. Both the Government and Probation have no objection to this request. However, the Government notes that it is unavailable on November 6th, and I am required to attend a 28 U.S.C. § 2255 hearing in the courthouse on November 13th at 9:30 a.m., but I envision that I will be available on that date after 11 a.m.

Thank you for your consideration of this matter.

Respectfully submitted,

Raymond Elvis Gazer

Raymond Elvis Gazer, Esq.

CC: The Government
*via ECF*

**Granted. SO ORDERED.**

The hearing previously scheduled for October 29, 2026 is ADJOURNED to November 13, 2026 at 12:30 PM.

Date: 10/28/2026
New York, New York

Mary Kay Vyskocil
United States District Judge